FRANCES E. PARSONS, Respondent, *v.* EDWARD HUGHES, Appellant.

(Argued March 10, 1893; decided March 24, 1893.)

APPEAL from judgment of the General Term of the Supreme Court in the second judicial department, entered upon an order made September 17, 1891, which affirmed a judgment in favor of plaintiff, entered upon a verdict, and affirmed an order denying a motion for a new trial.

*Maurice Dillon* for appellant.

*Fred. Wm. Sherman* for respondent.

Agree to affirm; no opinion.
All concur.
Judgment affirmed. _____

JOHN J. MOLLOY, Appellant, *v.* THE LONG ISLAND RAILROAD COMPANY, Respondent.

(Argued March 10, 1893; decided March 24, 1893.)

APPEAL from judgment of the General Term of the Supreme Court in the first judicial department, entered upon an order made March 31, 1892, which affirmed a judgment in favor of defendant, entered upon a decision of the court on trial at Circuit.

*Mr. Hendrick* for appellant.

*E. B. Hinsdale* for respondent.

Agree to affirm on opinion below.
All concur.
Judgment affirmed.